**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA

CASE NO: 09-20523-01

vs.

DISTRICT JUDGE THOMAS L. LUDINGTON

ROCKY RAY CORLEW

MAGISTRATE JUDGE CHARLES E. BINDER

_____/

### ORDER REVOKING BOND

The above named Defendant appeared before this Magistrate Judge on December 18, 2009 for initial appearance and with counsel on December 21, 2009, for Bond Revocation hearing. A Bond Status Letter from his supervising Pretrial Services Officer describes multiple violations of bond, specifically the prohibition against the use of controlled substances unless they are prescribed by a physician. At the hearing, both defense counsel and government counsel presented arguments to the Court regarding those allegations. After considering the evidence adduced at the hearing, pursuant to 18 U.S.C. § 3148(b), I conclude that 1) pursuant to section (b)(1)(A) there is clear and convincing evidence that the Defendant violated conditions of his bond; and 2) pursuant to sections (b)(2)(A) and (B), there are no conditions or combination of conditions of release that will assure that the Defendant will not pose a danger to the community, and that Defendant is unlikely to abide by any conditions or combination of conditions of release.

Therefore, **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 3148(b), the Defendant's bond is hereby **REVOKED**, and the Defendant is remanded to the custody of the U.S. Marshal.

s/ *Charles E. Binder*
CHARLES E. BINDER
United States Magistrate Judge

Dated: December 23, 2009

## **CERTIFICATION**

     I hereby certify that this Order was electronically filed this date, electronically served on Janet Parker and Ken Sasse, served in the traditional manner on District Judge Ludington, and served on Pretrial Services and the U.S. Marshal's office in Bay City by other electronic means.

Date: December 23, 2009            By    *s/Jean L. Broucek*
                                                  Case Manager to Magistrate Judge Binder